

1 Dean G. Rallis Jr. (# 94266)
  drallis@afrct.com
2 Matthew D. Pham (# 287704)
  mpham@afrct.com
3 ANGLIN, FLEWELLING, RASMUSSEN
  CAMPBELL & TRYTTEN LLP
4 199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
5 Tel: (626) 535-1900 | Fax: (626) 577-

The following constitutes
the order of the court. Signed May 24, 2016

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

6 Attorneys for Creditor
WELLS FARGO BANK, N.A., as successor by
7 merger with Wells Fargo Bank Southwest, N.A.,
f/k/a Wachovia Mortgage, FSB, f/k/a/ World
8 Savings Bank, FSB

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>LAURA A. GENS,<br><br>　　　　Debtor. | Case No.: 15-53562-SLJ<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION CONTINUING HEARINGS ON CONFIRMATION OF DEBTOR'S PLAN AND DEBTOR'S CLAIM OBJECTIONS AND EXTENDING DEADLINES FOR WELL FARGO TO RESPOND TO DEBTOR'S CLAIM OBJECTIONS AND FOR DEBTOR TO RESPOND TO WELLS FARGO'S DISCOVERY REQUESTS**<br><br><u>Current Hearing Date</u><br>Date:　　June 2, 2016<br>Time:　　1:30 p.m.<br>Crtrm:　　3099<br>　　　　　280 South First Street<br>　　　　　San Jose, California 95113 |

　　Laura A. Gens, the debtor and debtor in possession in the above-captioned chapter 11 case (the "<u>Debtor</u>"), and Wells Fargo Bank, N.A., as successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("<u>Wells Fargo</u>"), entered into the *Stipulation Continuing Hearings on Confirmation of Debtor's Plan and Debtor's Claim Objections and Extending Deadlines for Wells Fargo to Respond to Debtor's*

*Claim Objections and for Debtor to Respond to Wells Fargo's Discovery Requests* (the "Stipulation"), which was filed on May 20, 2016, at docket no. 77.

The Court having considered the Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that

1. The Stipulation is approved.

2. The initial status conference hearing on the Debtor's Objections to Wells Fargo's Claim No. 5 and Claim No. 6 and the continued status conference hearing on the confirmation of the Debtor's Plan shall be continued to the following date and time: August 11, 2016, at 1:30 p.m. (the "Continued Hearing Date").

3. Wells Fargo shall file and serve its opposition(s) to the Debtor's Objections to Claim No. 5 and Claim No. 6 no later than fourteen (14) days prior to the Continued Hearing Date.

4. The Debtor shall file and serve her reply(ies), if any, to Wells Fargo's opposition(s) to the Objections no later than seven (7) days prior to the Continued Hearing Date.

5. The Debtor shall respond to Wells Fargo's discovery requests originally served on or around March 9, 2016, no later than twenty-one (21) days prior to the Continued Hearing Date.

\* \* \* END OF ORDER \* \* \*