LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor
LAURA GENS

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>LAURA GENS<br><br>        Debtor | CASE No. 15-53562-SLJ<br><br>Chapter 11<br><br>**WITHDRAWAL OF PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT DATED FEBRUARY 11, 2016** |

**To: U.S. TRUSTEE, AND ALL CREDITORS**:

**PLEASE TAKE NOTICE** that Debtor, Laura Gens, by and through her Attorneys, The Fuller Law Firm, P.C., hereby withdraws the document titled "[Proposed] Combined Plan of reorganization and disclosure statement dated February 11, 2016 " electronically filed on February 12, 2016, and entered on the court docket as document number 52.

    Respectfully submitted,

DATED: July 13, 2016                THE FULLER LAW FIRM, PC

                                       By: /s/ Sam Taherian_____
                                          SAM TAHERIAN
                                          Attorneys for Debtor(s)