1  Dean G. Rallis Jr. (SBN 94266)
     drallis@afrct.com
2  Matthew D. Pham (SBN 287704)
     mpham@afrct.com
3  ANGLIN, FLEWELLING, RASMUSSEN,
     CAMPBELL & TRYTTEN LLP
4  199 South Los Robles Avenue, Suite 600
   Pasadena, California 91101-2459
5  Tel.: (626) 535-1900 | Fax: (626) 577-7764

6  Attorneys for WELLS FARGO BANK, N.A., as
   successor by merger with Wells Fargo Bank
7  Southwest, N.A., f/k/a Wachovia Mortgage,
   FSB, f/k/a/ World Savings Bank, FSB

8

9              UNITED STATES BANKRUPTCY COURT

10        NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

11

| 12  In re | Case No.: 15-53562-SLJ |
|---|---|
| 13  LAURA A. GENS, | Chapter 11 |
| 14          Debtor. | **WELLS FARGO BANK, N.A.'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT** |

Date:     August 11, 2016
Time:     1:30 p.m.
Crtrm.:   3099
          280 S. First Street
          San Jose, California 95113

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

*Anglin Flewelling Rasmussen Campbell & Trytten LLP*

**TO THE HONORABLE STEPHEN L. JOHNSON, UNITED STATES BANKRUPTCY JUDGE; OFFICE OF THE UNITED STATES TRUSTEE; AND THE DEBTOR AND HER COUNSEL OF RECORD:**

In accordance with Federal Rules of Civil Procedure, Rule 7.1(b)(2), and Federal Rules of Bankruptcy Procedure, Rule 7007.1(b), Creditor WELLS FARGO BANK, N.A., as successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, states that Berkshire Hathaway Inc. is a publicly held corporation that owns 10% or more of Wells Fargo & Company's stock.

Respectfully submitted,

Dated: July 18, 2016

ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP

By: ___/s/ Dean G. Rallis Jr._____
Dean G. Rallis Jr.
Attorneys for WELLS FARGO BANK, N.A., as successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

# CERTIFICATE OF SERVICE

On the date below, I served the within following document(s) entitled:

**WELLS FARGO BANK, N.A.'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

on all interested parties in said case addressed as follows:

*Served Electronically By The Court's CM/ECF System:*

*SEE ATTACHED ELECTRONIC SERVICE LIST*

_____

*Served By Means Other Than The Court's CM/ECF System:*

*By U.S. Mail*

| *Debtor* | *Office of the U.S. Trustee* |
|---|---|
| Laura A. Gens<br>4141 Old Trace Road<br>Palo Alto, CA 94306-3728 | U.S. Trustee<br>OFFICE OF THE U.S. TRUSTEE / SJ<br>U.S. Federal Building<br>280 S. 1st St., Suite 268<br>San Jose, CA 95113-3004 |

By placing a true copy thereof in a sealed envelope with the postage thereon fully prepaid, in the United States Mail at Pasadena, California, to all parties entitled to receive regularly mailed notices, addressed as noted above.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on **July 18, 2016**, in Pasadena, California.

| Yvonne L. Blum | */s/ Yvonne L. Blum* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1    **ELECTRONIC SERVICE LIST**

2    ***Attorneys for Debtor***

3    Lars T. Fuller, Esq.

4    Saman Taherian, Esq.
THE FULLER LAW FIRM

5    60 N. Keeble Avenue
San Jose, CA 95126

6    Fullerlawfirmecf@aol.com

7    ***Attorneys for U.S. Trustee***

8    Lynette C. Kelly, Esq.

9    U.S. OFFICE OF THE U.S. TRUSTEE
1301 Clay Street

10    Oakland, CA 94612

11    (510) 637-3210

12    lynette.c.kelly@usdoj.gov
ustpregion17.oa.ecf@usdoj.gov

13    ***Office of the U.S. Trustee***

14    U.S. Trustee

15    OFFICE OF THE U.S. TRUSTEE / SJ
U.S. Federal Building

16    280 S. 1st St., Suite 268
San Jose, CA 95113-3004

17    USTPRegion17.SJ.ECF@usdoj.gov

18    ***Attorneys for Creditor***

19    ***Colonial Savings, F.A.***

20    Daniel K. Fujimoto, Esq.
Mark T. Domeyer, Esq.

21    WOLF FIRM

22    2955 Main St., 2nd Floor
Irvine, CA 92614

23    wdk@wolffirm.com
mark.domeyer@wolffirm.com

24

25

26

27

28