LARS T. FULLER (No. 141270)
THE FULLER LAW FIRM, P.C.
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>LAURA A. GENS<br><br>Debtor | Case No.: 15-53562-SLJ<br><br>**NOTICE OF HEARING ON INTERIM APPLICATION FOR COMPENSATION**<br><br>CHAPTER 11<br><br>Date: Aug. 22, 2016<br>Time: 1:30 P.M.<br>Court: 3099 |

TO THE DEBTOR, ALL CREDITORS AND THE UNITED STATES TRUSTEE:

Please take Notice that The Fuller Law Firm, P.C. Attorney for Debtor Laura A. Gens has made application to the Court for approval of an interim application for compensation of $37,447.50 for post-petition services rendered through July 18, 2106. A hearing on this motion has been set for August 22, 2016 at 1:30 P.M. at the United States Bankruptcy Court for the Northern District of California, San Jose Division in Courtroom 3099 at 280 So. First St., San Jose, CA 95113

This motion is based on this Notice of Hearing on Application for Compensation, The Application for Compensation and the Declaration of Attorney in Support of Application for

Compensation.

This motion is brought pursuant to Rule 2002 of the Bankruptcy Rules and B.L.R. 9029-1. If you oppose this motion, you may file a written opposition with the court and may appear at the hearing. Failure to file timely written opposition or appear at the hearing may result in the motion being granted.

Your opposition, if any, to the motion in addition to being filed with the Court, shall be served on Debtor's attorney, Debtor and the U.S. Trustee at the address set forth below:

| | |
|---|---|
| THE BANKRUPTCY COURT: | UNITED STATES BANKRUPCY COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>280 South First Street, 3rd Floor<br>San Jose, CA 95113 |
| DEBTOR'S COUNSEL: | LARS T. FULLER, ESQ.<br>THE FULLER LAW FIRM, P.C.<br>60 N. Keeble Avenue<br>San Jose, CA 95126 |
| U.S. TRUSTEE | 280 S. First St., Room 268<br>San Jose, CA 95113 |
| DEBTOR: | LAURA A. GENS<br>4141 Old Trace Road<br>Palo Alto, CA 94306 |

Dated: July 18, 2016

                                                THE FULLER LAW FIRM, P.C.

                                                By: *Lars T. Fuller*
                                                     LARS T. FULLER
                                                    Attorney for Debtor