```
LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No.Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>LAURA GENS<br><br>Debtor | Case No.: 15-53562-SLJ<br><br>**DECLARATION OF TIMOTHY GENS IN SUPPORT OF THE COMBINED PLAN**<br><br>CHAPTER 11<br><br>Date: January 5, 2017<br>Time:<br>Court: Judge Johnson |

I, Timothy Gens, declare and say:

1. I am the non-filing spouse of Laura Gens, debtor herein.

2. I am an attorney. I am not the debtor in the herein proceeding.

3. I have reviewed the Combined Plan filed in the herein case. It contemplates segregating funds in a non-Debtor In Possession bank savings account in the amount of at least $90,000.00. I am willing and able to contribute such amount.

4. I attach hereto a statement of the balance in said segregated account in the amount of $128,348.63 as of December 27, 2016. I am the sole owner and sole signatory on this account.

5. I am the sole owner D/B/A The Technology Law Group (TLG). I incorporated TLG in the State of Nevada in 1999 as NV Business ID NV19991431107. In 2003, I allowed the corporation to lapse and simply continued operating as a D/B/A.

6. My prior declaration in this matter filed in advance of this hearing evidences my ability to provide said funds if the Plan is approved by the Court.

DECLARATION OF TIMOTHY GENS IN SUPPORT OF THE PLAN

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called upon to testify I could testify competently thereto.

Dated: December 29, 2016

*Timothy H. Gens* (signature)

/s/ Timothy Gens

**REDACTED**

**TECH LAW GRP SAV**     $128,348.63
...2524     Available balance

Activity Summary

| | |
|---|---|
| **Ending collected balance as of 12/27/16** | $128,733.63 |
| **Current posted balance** | $128,733.63 |
| **Pending withdrawals/debits** | -$385.00 |
| **Pending deposits/credits** | $0.00 |
| **Available balance** | $128,348.63 |

Home | Forms | Announcements | FAQ | Contact Us

# NEVADA SECRETARY OF STATE
## Barbara K. Cegavske

Search nvsos.gov... GO

SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES

My Data Reports  Commercial Recordings  Licensing

# THE TECHNOLOGY LAW GROUP

🔍 New Search    🖨 Printer Friendly    $ Calculate Fees

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Permanently Revoked | File Date: | 11/18/1999 |
| Type: | Domestic Corporation | Entity Number: | C29074-1999 |
| Qualifying State: | NV | List of Officers Due: | 11/30/2002 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV19991431107 | Business License Exp: | |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | TIMOTHY H. GENS | Address 1: | 774 MAYS BLVD |
| Address 2: | BOX 7872 | City: | INCLINE VILLAGE |
| State: | NV | Zip Code: | 89452 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | |
| Mailing Zip Code: | | | |
| Agent Type: | Noncommercial Registered Agent | | |

View all business entities under this registered agent

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 25,000.00 | Capital Amount: | $ 0 |

No stock records found for this company

## − Officers                                    ☐ Include Inactive Officers

**President - TIMOTHY H GENS**

| | | | |
|---|---|---|---|
| Address 1: | 774 MAYS BLVD | Address 2: | PO BOX 7872 |
| City: | INCLINE VILLAGE | State: | NV |
| Zip Code: | 89542 | Country: | |
| Status: | Active | Email: | |

**Secretary - TIMOTHY H GENS**

| | | | |
|---|---|---|---|
| Address 1: | 774 MAYS BLVD | Address 2: | PO BOX 7872 |

| Zip Code: | 89542 | Country: | |
|---|---|---|---|
| Status: | Active | Email: | |

| Treasurer - TIMOTHY H GENS | | | |
|---|---|---|---|
| Address 1: | 774 MAYS BLVD | Address 2: | PO BOX 7872 |
| City: | INCLINE VILLAGE | State: | NV |
| Zip Code: | 89542 | Country: | |
| Status: | Active | Email: | |

— Actions\Amendments

Click here to view 4 actions\amendments associated with this company