LARS T. FULLER (No. 141270)
SAMAN TAHERIAN (No. 170953)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
(408)295-5595

Attorney for Debtor

U.S BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re: | ) | Case No. 15-53562-SLJ |
|---|---|---|
| LAURA GENS | ) | CHAPTER 11 |
| Debtor | ) | **REQUEST FOR JUDICIAL NOTICE OF AUTHENTICITY OF DOCUMENTS** |
| | ) | Date: Jan. 25, 2017 |
| | ) | Time: Non1:00 P.M. |
| | ) | Court: 3099 |

Debtor, by and through their counsel, requests that the Court, pursuant to Rule 201 of the Federal Rules of Evidence, as made applicable in the United States Bankruptcy Court under Rule 9017 of the Bankruptcy Rules of Procedure, take judicial notice that documents attached hereto are true and correct copies of the documents identified below.

Judicial Notice is proper under Federal Rule of Evidence 201(b)(2) because accurate and ready determination of authenticity of the attached document can be readily completed by

resorting to the court clerk's records, which is a resource whose accuracy cannot reasonably be questioned.

| TITLE OF DOCUMENT | DOCKET/CLAIM |
|---|---|
| 1. Order Denying Debtor's Motion to Extend Stay. | 26 |
| 2. Declaration of Timothy Gens in Support of the Combined Plan | 146 |
| 3. Declaration of Michael Bush in Support of Combined Plan | 148 |
| 4. Declaration of Laura Gens in Support of the Combined Plan | 149 |
| 5. Ballot Tabulation for Debtor's Plan of Reorganization | 67 |
| 6. Denied Order Shortening Time re Hearing on Disclosure Statement Aspects of Combined Plan and Disclosure Statement of Nov. 4, 2016 | 116 |
| 7. Franchise Tax Board POC | POC 3 |
| 8. Capital One POC | POC 4 |
| 9. Order Granting Interim Application for Compensation | 110 |

Dated: Jan. 11, 2017

/s/ Lars T. Fuller
LARS T. FULLER