

Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel: 415-996-8180
Fax: 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
DORIS KAELIN,
Trustee in Bankruptcy

Entered on Docket
March 23, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed March 23, 2017

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

    LAURA A. GENS
    *aka* LAURA GENS
    *dba* LA DEMPSEY DESIGN,

    Debtor.

Case No. 15-53562 SLJ
Chapter 7
Hon. Stephen L. Johnson

**ORDER AUTHORIZING EMPLOYMENT OF BROKER**
**(Intero Lincoln Real Estate Services)**

On the Application of Doris Kaelin, Trustee in Bankruptcy, and it appearing that Intero Lincoln Real Estate Services is well qualified to act as broker for the Trustee, that employment of a broker will be in the best interests of the estate, that said broker represents no interest adverse to the estate and that notice herein is not necessary in connection with said Application;

IT IS HEREBY ORDERED THAT:

1.    The Trustee be, and hereby is, authorized to employ Intero Lincoln Real Estate Services as her broker to assist in the marketing and sale of real property commonly referred to as 4141 Old Trace Road, Palo Alto, CA (the "Property"). Dual agencies are prohibited.

2.    At the time of the noticing of the sale of the Property obtained through the use of the services of Intero Lincoln Real Estate Services or any compromise with the Debtor, the Trustee shall disclose to creditors the commission to be paid to the listing and selling agents under the terms of

/ / /

sale. Under no circumstances shall the commission exceed five percent (5%) of the actual sales price.

      3.    In the event that (i) the Debtor, her spouse, or a relative, friend or acquaintance of the Debtor or her spouse purchases the estate's equity interest in the Property, refinances the Property, enters into a compromise with the Trustee for the Property, or (ii) the Debtor dismisses the case or converts the case to another chapter, compensation shall be a reasonable amount as agreed to by the Trustee, which could be the greater of: (a) 5% of the amount paid by the Debtor, or (b) $5,000. Compliance with 11 U.S.C. § 330 shall be required for payments made under this paragraph.

      4.    No commission or payments will be made to the Intero Lincoln Real Estate Services without notice and a Court order.

**\*\*END OF ORDER\*\***

**\*\*COURT SERVICE LIST\*\***

NO MAIL SERVICE REQUIRED