LAURA GENS
4141 Old Trace Road
Palo Alto, CA 94306



ORIGINAL

FILED
JUN 1 9 2017
United States Bankruptcy Court
San Jose, California

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | | |
|---|---|---|
| In re: | ) | BK Case No. 15-53562-SLJ |
| | ) | |
| LAURA GENS | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | ~~CERTIFICATE OF SERVICE~~ *LAG* |
| | ) | NOTICE OF APPEAL |
| | ) | |

TO THE CLERK, INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD

Debtor Laura Gens hereby appeals under 28 U.S.C. §158(a) or (b) from the Order Granting Motion For Sale Of Property Of The Estate ["Exhibit A" attached hereto] and the Proposed Order To Expunge Lis Pendens From the Property of the Estate ["Exhibit B" attached hereto] entered by the United States Bankruptcy Court, to the United States District Court. This notice of appeal is timely filed by virtue of the second sentence of Fed. R. Bankr. P. 8002(a), which provides that: The notice of appeal shall be filed with the clerk within 14 days of the date of the entry of the judgment, order, or decree appealed from. If a timely notice of appeal is filed by a party, any other party may file a notice of appeal within 14 days of the date on which the first notice of appeal was filed, or within the time otherwise prescribed by this rule, whichever period last expires.

Fed. R. Bankr. P. 8002(a)(emphasis added). A timely notice of appeal was filed by a party, extending the time for any other party to file a notice
of appeal until June 23, 2017.
The parties to the Orders being appealed from and the names, addresses and telephone numbers of the respective attorneys are as follows:

Doris A. Kaelin on behalf of Trustee            dktrustee@gmail.com,
Doris A. Kaelin                                  C139@ecfcbis.com

CERTIFICATE OF SERVICE - 1

| | | |
|---|---|---|
| 1 | | |
| 2 | Gregg S. Kleiner on behalf of Trustee<br>Doris A. Kaelin | gkleiner@rinconlawllp.com,<br>RinconLaw2016@gmail.com |
| 3 | | |
| 4 | | |
| 5 | Dean G. Rallis, Jr. on behalf of Creditor<br>WELLS FARGO BANK, N.A. | drallis@afrct.com,<br>msinclair@afrct.com |
| 6 | | |

[ ] **BY MAIL.** I caused to be served the above-described documents(s) by placing the envelope for collection and mailing following our ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 19, 2017 at San Jose, California.

/s/ Laura Gens
Laura Gens