1  Dean G. Rallis Jr. (# 94266)
     drallis@afrct.com
2  Matthew D. Pham (# 287704)
     mpham@afrct.com
3  ANGLIN, FLEWELLING, RASMUSSEN,
     CAMPBELL & TRYTTEN LLP
4  301 N. Lake Ave., Suite 1100
   Pasadena, California 91101-4158
5  Tel: (626) 535-1900 | Fax: (626) 577-7764

6  Attorneys for WELLS FARGO BANK, N.A.,
   successor by merger with Wells Fargo Bank
7  Southwest, N.A., f/k/a Wachovia Mortgage,
   FSB, f/k/a/ World Savings Bank, FSB

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>LAURA A. GENS,<br><br>      Debtor. | Case No.: 5:15-bk-53562-SLJ<br><br>Chapter 7<br><br>**NOTICE OF HEARING ON WELLS FARGO'S MOTION FOR ORDER COMPELLING CORNERSTONE TITLE COMPANY'S COMPLIANCE WITH PRIOR COURT ORDERS REGARDING DISBURSEMENT OF REMAINING SALE PROCEEDS**<br><br>Date:   September 12, 2018<br>Time:  2:00 p.m.<br>Place:  280 South First Street<br>          Courtroom 3099<br>          San Jose, California 95113 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**TO THE HONORABLE STEPHEN L. JOHNSON, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE CHAPTER 7 TRUSTEE AND HER COUNSEL OF RECORD; THE DEBTOR AND HER COUNSEL OF RECORD; INTERESTED PARTY CORNERSTONE TITLE COMPANY; AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that secured creditor Wells Fargo Bank, N.A., as successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, which was formerly known as World Savings Bank, FSB ("Wells Fargo"), has filed a motion (the "Motion") for entry of an order compelling Cornerstone Title Company's ("Cornerstone") compliance with prior court orders regarding the disbursement of the remaining sale proceeds. Wells Fargo's Motion is supported by the concurrently filed declaration of Matthew D. Pham (the "Pham Declaration").

**PLEASE TAKE FURTHER NOTICE** that by the Motion, Wells Fargo requests, pursuant to 11 U.S.C. § 105(a), that the Court order Cornerstone to comply with the *Order Releasing Sale Proceeds* entered on December 18, 2017 (the "Proceeds Order"), at docket no. 474, and the *Order Approving Motion for Authority to Enter Into Agreement Authorizing Distribution of Sale Proceeds* entered on July 19, 2018 (the "Distribution Order"), at docket no. 503, to disburse the sale proceeds in its possession in accordance with the terms of the distribution agreement approved by the Distribution Order. In particular, Wells Fargo alleges that Cornerstone's refusal to disburse any proceeds violates the Proceeds Order, which provides that "[Cornerstone] is directed to release the proceeds generated from the sale of the Property." Accordingly, Cornerstone must be compelled to comply with such prior court orders.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will take place on **September 12, 2018**, at **2:00 p.m.**, in Courtroom 3099 at 280 South First Street, San Jose, California 95113 before the Honorable Stephen L. Johnson, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 9014-1(c)(1) of the Bankruptcy Local Rules, any opposition to the Motion must be filed with the Court and served on Wells Fargo (through its counsel) no later than 14 days prior to the hearing on the Motion.

**The failure to timely file and serve a written opposition may be deemed by the Court to be consent to the granting of the relief sought in the Motion.**

Dated: August 15, 2018

Respectfully submitted,

ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

By: _____
    Matthew D. Pham

Attorneys for WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB

1  The failure to timely file and serve a written opposition may be deemed by the Court to be
2  consent to the granting of the relief sought in the Motion.

Dated: August 15, 2018

Respectfully submitted,

ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

By: _____
　　Matthew D. Pham

Attorneys for WELLS FARGO BANK, N.A.,
successor by merger with Wells Fargo Bank
Southwest, N.A., f/k/a Wachovia Mortgage, FSB,
f/k/a World Savings Bank, FSB