Dean G. Rallis Jr. (# 94266)
  drallis@afrct.com
Matthew D. Pham (# 287704)
  mpham@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
301 N. Lake Ave., Suite 1100
Pasadena, California 91101-4158
Tel: (626) 535-1900 | Fax: (626) 577-7764

Attorneys for WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a/ World Savings Bank, FSB

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>LAURA A. GENS,<br><br>　　　　Debtor. | Case No.: 5:15-bk-53562-SLJ<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE RE:**<br><br>**(1) WELLS FARGO'S MOTION FOR ORDER COMPELLING CORNERSTONE TITLE COMPANY'S COMPLIANCE WITH PRIOR COURT ORDERS REGARDING DISBURSEMENT OF REMAINING SALE PROCEEDS;**<br><br>**(2) DECLARATION OF MATTHEW D. PHAM IN SUPPORT THEREOF; AND**<br><br>**(3) NOTICE OF HEARING**<br><br>Date:　　September 12, 2018<br>Time:　　2:00 p.m.<br>Place:　　280 South First Street<br>　　　　　Courtroom 3099<br>　　　　　San Jose, California 95113 |

/ / /

/ / /

/ / /

/ / /

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 N. Lake Avenue, Suite 1100, Pasadena, California 91101.

On the date below, I served the within following document(s) entitled:

- **WELLS FARGO'S MOTION FOR ORDER COMPELLING CORNERSTONE TITLE COMPANY'S COMPLIANCE WITH PRIOR COURT ORDERS REGARDING DISBURSEMENT OF REMAINING SALE PROCEEDS**;

- **DECLARATION OF MATTHEW D. PHAM IN SUPPORT OF WELLS FARGO'S MOTION FOR ORDER COMPELLING CORNERSTONE TITLE COMPANY'S COMPLIANCE WITH PRIOR COURT ORDERS REGARDING DISBURSEMENT OF REMAINING SALE PROCEEDS**; and

- **NOTICE OF HEARING ON WELLS FARGO'S MOTION FOR ORDER COMPELLING CORNERSTONE TITLE COMPANY'S COMPLIANCE WITH PRIOR COURT ORDERS REGARDING DISBURSEMENT OF REMAINING SALE PROCEEDS**

on all interested parties in said case addressed as follows:

*Served Electronically Via The Court's CM/ECF System*

| *Attorneys for Debtor Laura A. Gens:* | *Attorneys for Debtor Laura A. Gens:* |
|---|---|
| Nancy Weng, Esq.<br>TSAO-WU & YEE, LLP<br>31 N. Second Street, Suite 260<br>San Jose, California 95113-1203<br>Tel.: (415) 777-1688<br>Fax: (415) 777-2298<br>Email: nweng@tsaoyee.com;<br>steve.kolkey@gmail.com | C. Alex Naegele, Esq.<br>C. ALEX NAEGELE, A PROF'L LAW CORP.<br>95 S. Market Street, Suite 300<br>San Jose, California 95113-2350<br>Tel.: (408) 995-3224<br>Fax: (408) 890-4645<br>Email: alex@canlawcorp.com;<br>AlexCR74753@notify.bestcase.com |
| *Office of the United States Trustee:* | *Chapter 7 Trustee* |
| OFFICE OF THE UNITED STATES TRUSTEE<br>280 S. First Street, Suite 268<br>San Jose, California 95113-3000<br>Tel.: (408) 535-5525<br>Fax: (408) 535-5532<br>Email: USTPRegion17.SJ.ECF@usdoj.gov | DORIS A. KAELIN<br>P.O. Box 1582<br>Santa Cruz, California 95061-1582<br>Tel.: (831) 600-8093<br>Email: dktrustee@gmail.com; C139@ecfcbis.com |

*Attorneys for Chapter 7 Trustee*

Gregg S. Kleiner, Esq.
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104-3503
Tel.: (415) 996-8180
Fax: (415) 680-1712
Email: gkleiner@rinconlawllp.com,
aworthing@rinconlawllp.com

***Served By Means Other Than Electronically Via the Court's CM/ECF System***

| *Interested Party* | *Interested Party* |
|---|---|
| Cornerstone Title Company<br>c/o Corporate Creations Network Inc.<br>as Agent for Service of Process<br>4640 Admiralty Way, 5th Floor<br>Marina Del Rey, California 90292 | Cornerstone Title Company<br>c/o Kevin Sachs, Esq.<br>Title Resource Group, LLC<br>801 N. Brand Boulevard, Suite 400<br>Glendale, California 91203 |

*Interested Party*

Cornerstone Title Company
Attn: Officer
10125 S. De Anza Boulevard
Cupertino, California 95014

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

*Chambers Copies to the Honorable Stephen L. Johnson:*

Anna Lee, Courtroom Deputy
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
280 S. First Street, Room 3035
San Jose, California 95113
Tel.: (408) 278-7515

☒ **BY OVERNIGHT MAIL SERVICE:** I am readily familiar with the firm's practice of collection and processing of correspondence by Golden State Overnight Delivery Services (GSO). Under that same practice it would be deposited on today's date in a GSO collection receptacle in Pasadena, California, for delivery within 48 hours, with instructions to bill sender on the label.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on August 15, 2018.

| Marianne Mantoen | */s/ Marianne Mantoen* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |